JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BIANCA RHABURN and
TIMOTHY RHABURN,

    Plaintiffs,

vs.

TARGET CORPORATION, and
DOES 1 TO 50, inclusive,

    Defendants.

CASE NO. SACV10-1667 JST (JEMx)

**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER**

    Having considered the stipulation between Plaintiffs, BIANCA RHABURN and TIMOTHY RHABURN and Defendant, TARGET STORES, a division of TARGET CORPORATION, and good cause appearing:

    IT IS HEREBY ORDERED that Plaintiffs, BIANCA RHABURN and TIMOTHY RHABURN, as a result of the alleged incident and subsequent claim all described more fully in the Complaint: Bianca Rhaburn, et al. v. Target Corporation, et al., State Case No. 30-2010-00388289 and Federal Case No. SACV10-1667 JST have incurred damages, if any, that do not, and will never be claimed to, exceed $75,000.00 and thus this case does not meet the jurisdictional

1 requirements for removal as defined in 28 U.S.C. §1332(a) and this matter is remanded to the Orange County Superior Court, Central Justice Center.

IT IS HEREBY ORDERED that Defendant shall pay Court fees, if any, associated with the remand, including copying costs of the Court's file to be forwarded to the Orange County Superior Court, Central Justice Center.

Dated:  January 31, 2011

JOSEPHINE STATON TUCKER
Josephine Staton Tucker
U.S. District Judge

_____
**[PROPOSED] ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER**